UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MILLARD REFRIGERATED SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION NO. 11-0584-CG-B |
| M/V RED GARDENIA (IMO No. 9286621), her hull, engines, tackle, furniture, gear, electronics, equipment and appurtances, etc., _in rem_, | ) | |

### ORDER

The M/V RED GARDENIA having been released from seizure by order issued on January 27, 2012 (Doc. 23), the Decree Ordering Sale of Vessel (Doc. 17) and the Writ of Venditioni Exponas issued on January 6, 2012 are hereby **VACATED**, and the sale of said vessel currently scheduled for February 1, 2012 is hereby **CANCELLED**.

**DONE and ORDERED** this 30th day of January, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE