IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MILLARD REFRIGERATED SERVICES INC.,** | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 11-0584-CG-B ) |
| **M/V RED GARDENIA (IMO No. 9286621)** her hull, engines, tackle, furniture, gear, electronics, equipment and appurtenances, etc., in rem., | ) ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This cause is before the court on the parties' Notice of Settlement (Doc. 54). It is hereby **ORDERED** that all claims in this matter are hereby **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate those claims within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this the 4th day of May, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE